**ORIGINAL**

DR. ORLY TAITZ ESQ
CA BAR LICENSE 223433
ATTORNEY PRO SE
29839 SANTA MARGARITA, CA 92688
PH 949-683-5411 FAX 949-766-7603
ORLY.TAITZ@GMAIL.COM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2011

at /0 o'clock and 50 min. A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, | |
| Plaintiff, | Misc. Action No. MC11 00158 SOM RLP |
| v. | |
| MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | PENDING IN THE DISTRICT OF COLUMBIA<br>Civil Action No.: 11-cv-00402-RCL<br>The Honorable Royce C. Lamberth |
| Defendant. | |

[PROPOSED] ORDER ON EX-PARTE EMERGENCY MOTION FOR
EMERGENCY ORDER TO SHOW CAUSE AND
TO COMPEL ATTENDANCE FOR PRODUCTION OF DOCUMENTS
AND
FOR ATTORNEYS' FEES AND COSTS

This court, having considered plaintiff's motion for an order to show cause, and to compel attendance for production of documents, and for attorneys' fees and costs, the memoranda of the parties, and the whole record herein:

It is hereby ORDERED that Loretta Fuddy, Health Department, State of Hawaii, 1250 Punchbowl Street, Honolulu, HI 96813, appear in the United States

District Court, in and for the District of Hawaii, in Judge

_____ courtroom on the _9__ day of _August, 2011, at

_____ AM/PM, and produce the documents described in the subpoena which was issued and served upon Fuddy, and, failing that production, show cause, if she can, why the documents in question should not be produced and for attorneys' fees and costs as incurred by plaintiff in bringing this action before the court, should not be granted.

Honolulu, Hawaii this the ____ day of _____, 2011.


_____
J U D G E