# EXHIBIT A

HID 88B (Rev 02/11) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

Taitz
_Plaintiff_
v.
Astrue
_Defendant_

Civil Action No. 1:11-CV-00402 RCL

(If the action is pending in another district, state where: USDC District of Columbia)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ms Loretta Fuddy, Director of Health, State of Hawaii Department of Health

☑ _Production:_ YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Original 1961 typewritten birth certificate #10641 for Barack Obama, II issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama and registrar Lee, stored in the Health Department of the State of HI from 08.08.1961 until now

Place: Health Department State of HI 1250 Punchbowl Str. room 325 Honolulu, HI 96813
Date and Time: August 8, 2011 10 am

☐ _Inspection of Premises:_ YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place: 
Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07.05.2011

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_     OR     _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Dr Orly Taitz ESQ 29839 Santa Margarita RSM CA 92688, who issues or requests this subpoena, are: orly.taitz@gmail.com 949 683-5411

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Loretta Fuddy
was received by me on *(date)* 07 05 2011

☑ I served the subpoena by delivering a copy to the named person as follows: By certified mail return receipt sent to Attorney General of HI, 485 South King St, room 200, Honolulu HI 96813 on *(date)* 07 05 2011; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  0

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07 05 2011

Server's signature

LISA DUBERT
Printed name and title

**Law Offices of Orly Taitz, Esq.**
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

Additional information regarding attempted service, etc: