# EXHIBIT C



**FedEx Office**

30102 SANTA MARGARITA PKY
RANCHO SANTA MARGARITA, CA 92688

Location:      NZJKK
Device ID:     NZJKK-POS2
Employee:      2271078
Transaction:   77026644043

PRIORITY OVERNIGHT
  875629497065    0.15 lb (S)    42.41
  Direct Signature

Scheduled Delivery Date 07/28/2011

Shipment subtotal:               42.41

              Total Due:         42.41
        (V) CreditCard:          42.41
        ************2037

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

---

**FedEx Express — US Airbill** — 8756 2949 7065 — 0200

**1 From**
Date: 7-27-11
Sender's Name: Law Offices of [illegible]   Phone: 949-766-7603
Address: 29839 Santa Margarita Pkwy Ste 100
City: Rancho Santa Margarita   State: CA   ZIP: 92688

**3 To**
Recipient's Name: Lauretta Fuddy
Company: Director of Department of Health
Address: 1250 Punchbowl St. Rm 325
City: Honolulu   State: HI   ZIP: 96813

**4 Express Package Service**: FedEx Priority Overnight

**5 Packaging**: FedEx Envelope

**6 Special Handling**: Direct Signature

**7 Payment**: Credit Card

612