# EXHIBIT D



FedEx Office™

30102 SANTA MARGARITA PKY
RANCHO SANTA MARGARITA, CA 92688

Location:         NZJKK
Device ID:        NZJKK P052
Employee:         2271676
Transaction:      77026644043

PRIORITY OVERNIGHT
87562949706S     0.15 lb (S)       42.41
    Direct Signature

Scheduled Delivery Date 07/28/2011

        Shipment subtotal:         42.41

             Total Due:            42.41

         (V) CreditCard:           42.41
       ************2037

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

        Visit us at: fedex.com
         Or call 1.800.GoFedEx
            1.800.463.3339

---

FedEx Express   US Airbill   NEW Package   FedEx Tracking Number   8756 2949 7065

**1  From** *Please print and press hard.*

Date 7-27-11   Sender's FedEx Account Number

Sender's Name Law Offices/Orly Taitz Esq   Phone 949,766-7697

Company

Address 29839 santa margarita pkwy   Ste 100

City Rancho Santa Margarita   State CA   ZIP 92688

**2  Your Internal Billing Reference**

**3  To**

Recipient's Name Lauretta Fuddy   Phone

Company Director of Department of Health

Address 1250 Punchbowl str.   Rm 325

Address

City Honolulu   State HI   ZIP 96813

The FedEx US Airbill has changed. See Section 4.
For shipments over 150 lbs, order the new FedEx Express Freight US Airbill.

HOLD Weekday

HOLD Saturday

---

**LAW OFFICES OF DR. ORLY TAITZ ESQ**

**29839 SANTA MARGARITA PKWY, STE 100**

**RANCHO SANTA MARGARITA CA 92688**

**PH. 949-683-5411 FAX 949-766-7603**

Orly.taitz@gmail.com

07.27.2011

Personal and Confidential

Attention Loretta Fuddy

Director Health Department

State of Hawaii

1250 Punchbowl str Room-325

Honolulu, HI 96813

Dear Ms. Fuddy,

On July 5, 2011 a subpoena was issued by the US District Court for the District of Hawaii and signed by the clerk of the court, directing you to allow on August 8, 2011 inspection of the original 1961 typewritten birth certificate # 10641for Barack Obama, II issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama and registrar Lee, stored in the Health Department of the State of Hawaii from 08.08.1961 until now. (exhibit 1 attached).

Due to the fact that Deputy Attorney General of Hawaii, Jill T. Nagamine, advised me, that she is representing you in this matter, as she was the one to respond to a prior subpoena, issued by me as an attorney; and as a courtesy to you, I served you with this, July 5 subpoena, through your attorney, Deputy Attorney General Nagamine. According to the certified mail receipt Ms. Nagamine received the subpoena on July 11, 2011. She had 14 days to file an opposition to this court issued subpoena. It has been 16 days, since the subpoena was received by Ms. Nagamine, however there is no record of any opposition filed. As such, it is my understanding, that you will comply with the subpoena and I would like to confirm this.

As my experts and I do not reside on the islands of Hawaii, and since we needs to make arrangements for flights, hotel and other accommodations, and in light of the fact, that you, according to your attorney, refused to comply with the prior subpoena, I am writing this letter and I am trying to ascertain:

1. Whether Ms. Nagamine put you on notice of this July 5, 2011 subpoena signed by the clerk of the court.
2. Whether you will comply with the subpoena and will allow inspection of the original birth certificate for Mr. Obama, or whether you refuse to comply with the subpoena signed by the clerk of the US District Court for the District of Hawaii.

As the time is of the essence, this letter is being shipped to you by FedEx and will be received by you on Thursday 07.28.2011. I request a response with the above information in regards to compliance with the subpoena by the end of the work day on 07.29.2011 via e-mail to be sent to my e-mail address at orly.taitz@gmail.com   Sincerely,Dr. Orly Taitz, ESQ   Exhibit 1 July 5, 2011 Subpoena

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Loretta Fuddy

was received by me on *(date)*   07 05 2011

☑ I served the subpoena by delivering a copy to the named person as follows: By certified mail return receipt send to Attorney General of HI, 485 South King str, room 200, Honolulu HI 96813   on *(date)*   07 05 2011   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   ∅

My fees are $   ∅   for travel and $   ∅   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   07 05 2011

*Server's signature*

LIZA DUBERT

*Printed name and title*

**Law Offices of Orly Taitz, Esq.**
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

*Server's address*

Additional information regarding attempted service, etc:

HID BHB  (Rev  02/11) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

Taitz

_____
Plaintiff

v.

Astrue

_____
Defendant

)
)
)
)
)
)

Civil Action No.  1:11-CV-00402 RCL

(If the action is pending in another district, state where:

USDC District of Columbia

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ms Loretta Fuddy, Director of Health, State of Hawaii Department of Health

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: original 1961 typewritten birth certificate #10641 for Barack Obama, III issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunken Obama and registrar CU stored in the Health Department of the State of HI from 08.08.1961 until now

| | |
|---|---|
| Place: Health Department State of HI 1250 Punchbowl str. room 325 Honolulu, HI 96813 | Date and Time: August 8, 2011 10 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date  07.05.2011

*CLERK OF COURT*

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Dr. Orly Taitz, ESQ 29839 Santa Margarita, RSM, CA 92688, who issues or requests this subpoena, are:
orly.taitz@gmail.com   949 683-5411