Dr. Orly Taitz, ESQ

29839 Santa Margarita Parkway, STE 100

Rancho Santa Margarita CA 92688

Tel: (949) 683-5411; Fax (949) 766-7603

E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 22 2011
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | §Misc. action |
| | § MC11 00158 SOM RLP |
| Plaintiff, | § Pending in the District of |
| | § Columbia |
| v. | § 11-cv-00402 RCL |
| | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § |

Request for ECF number

Plaintiff here in is an attorney licensed in the state of CA and admitted to the 9th and 3rd circuit court of Appeals as well as the Supreme Court of the United States. Plaintiff requests ECF number.

Respectfully submitted

Dr. Orly Taitz ESQ
08.16.2011

Dr. Orly Taitz, ESQ

29839 Santa Margarita Parkway, STE 100

Rancho Santa Margarita CA 92688

Tel: (949) 683-5411; Fax (949) 766-7603

E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | §Misc. action |
| | § MC11 00158 SOM  RLP |
| Plaintiff, | § Pending in the District of |
| | §     Columbia |
| v. | §     11-cv-00402   RCL |
| | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § |

Proof of Service

I, Lila Dubert, am not a party to above action, I am over 18 years old and attest under penalty of perjury that parties listed below were served on August 16, 2011 by first class mail with attached pleadings.

1. **Witness Loretta Fuddy**
   Director of Health
   Department of Health
   State of Hawaii
   1250 Punchbowl Ave, Room 325
   Honolulu HI 96813

2. **Defendant Michael Astrue**
Commissioner of Social Security Administration
   Served through his attorney
   Patrick Nemeroff
   Assistant U.S. Attorney
   For the District of Columbia
   555 4th str NW
   Washington DC, 20530

3. Courtesy notice was given to Jill T. Nagamine
   Deputy Attorney General
   State of HI
   465 South King Str, Room 200
   Honolulu, HI 96813

I declare under penalty of perjury, that this information is true and correct.

Signed
Dated   08-16-11